**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7113**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARY ELLEN GRAVELY,

Defendant - Appellant.

─────────────

**No. 98-7131**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JETAUN O. GRAVELY,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CR-95-27-R, CA-98-348-R, CA-98-347-R)

─────────────

Submitted: December 17, 1998      Decided: January 6, 1999

─────────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mary Ellen Gravely, Jetaun O. Gravely, Appellants Pro Se.  Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants seek to appeal the district court's orders denying their motions filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).  We have reviewed the records and the district court's opinions and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. <u>Gravely v. United States</u>, Nos. CR-95-27-R; CA-98-348-R; CA-98-347-R (W.D. Va. May 28, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2